■ In the Matter of CHARLES MICHAEL against JOSEPH P. KELLY, as Commissioner of Motor Vehicles.— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JOAN W. KESSELER v. HOWARD J. KESSELER.— Motion granted insofar as to consolidate the appeals from the orders of June 2, 1958 and of June 30, 1959, in one appeal book, without duplication of printing, and permitting the appeal to be heard on a typewritten record on appeal and on typewritten appellant's points, on condition that the appellant serves one copy of the typewritten record and one copy of the typewritten appellant's points on the attorney for the defendant and files six copies of each thereof with this court on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of JOHN J. DE LURY, Individually and on Behalf of All Others Similarly Situated, against ASSOCIATED HOSPITAL SERVICE OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ B. C. S. REFRIGERATION CO., INC. v. LACEY S. GEORGE, Doing Business as DUTCH PATROON MOTEL.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ ZITA TURTLE, as Administratrix, v. MOUNT SINAI HOSPITAL et al.— Motion by Mount Sinai Hospital to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. If the above condition is not met, defendants are permitted to submit an order finally dismissing the appeal, without notice to the appellant. Concur — Breitel, J. P., M. M. Frank, Valente and Stevens, JJ.

■ ZITA TURTLE, as Administratrix, v. MOUNT SINAI HOSPITAL et al.— Motion by Herman Lande to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. If the above condition is not met, defendants are permitted to submit an order finally dismissing the appeal, without notice to the appellant. Concur — Breitel, J. P., M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Estate of JOHN CHININO, Deceased. FLORA MOSCATO, Respondent; CONCETTINA CHININO, as Administratrix, Appellant.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ LITA BOSOLET, as Administratrix of JOHN BOSOLET, JR., Deceased, v. AL VERBY et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ NANCY DAVISON, an Infant, et al. v. 433 WEST 25TH STREET CORP.— Motion to dismiss appeal denied. Affidavit of service by mail of motion papers does not show service upon plaintiffs' attorney at proper address. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.